IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-02566-MSK-MJW

SUSANA BECK,

Plaintiff(s),

v.

KEN SALAZAR, in his official capacity as Secretary, U. S. Department of the Interior,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Joint Motion for Entry of Protective Order (docket no. 30) is GRANTED finding good cause shown. The written Stipulated Protective Order (docket no. 30-1) is APPROVED as amended in paragraph 13 and added paragraph 17 and made an Order of Court.

Date:   February 22, 2011